UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

    v.

Robert Cornfield,

        Defendant.

Case No. 19-cr-20618

Hon. Mark A. Goldsmith

Violation: 18 U.S.C. § 669

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

**18 U.S.C. § 669 – Theft or Embezzlement in Connection with Health Care**

At all times relevant to this Superseding Information:

    1.    Medicare was a federal "health care benefit program" of the United States, as defined by Title 18, United States Code, § 24(b), impacting interstate commerce.

    2.    Robert H. Cornfield, D.P.M., P.C. ("DRC") was a Michigan limited liability company doing business at 6700 North Rochester Road, Suite 112, in Rochester Hills, Michigan. DRC was enrolled as a participating provider with

Medicare and submitted claims directly to Medicare since about May 2005 through at least May 2018.

3. The defendant, Robert Cornfield, was enrolled as a participating provider with Medicare. The defendant owned and operated DRC and purportedly provided podiatric services to patients of this company.

4. On or about May 17, 2018, the defendant, in connection with his operation of DRC and the delivery of, and payment for, health care benefits, items, and services, did knowingly, willfully, and without lawful authority convert to his own use money and property of a health care benefit program, to wit: by submitting a claim to Medicare to be reimbursed for purportedly performing a nail avulsion procedure upon W.K. on February 7, 2018, which the defendant, in fact, did not perform.

5. For the submission of this claim, on or about May 23, 2018, Medicare reimbursed and paid the defendant, by and through DRC, $79.18 with assets and money obtained from the Medicare Trust Fund.

In violation of Title 18, United States Code, Section 669.

DAWN N. ISON
UNITED STATES ATTORNEY

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

REGINA R. MCCULLOUGH
Chief, Health Care Fraud Unit
United States Attorney's Office
Eastern District of Michigan

s/ Andres Q. Almendarez
ANDRES Q. ALMENDAREZ
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (202) 258-7149
Email: andres.almendarez@usdoj.gov


Dated: December 14, 2023

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>19-cr-20618 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes     ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Robert Cornfield

**County where offense occurred:** Oakland

**Check One:**     ☒ Felony     ☐ Misdemeanor     ☐ Petty

```
____Indictment/____Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:            ]
____Indictment/ ✓ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** 19-cr-20618     **Judge:** Mark A. Goldsmith

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Robert Cornfield | Theft or Embezzlement in Connection with Health Care (18 U.S.C. § 669) | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 14, 2023
Date

Andres Almendarez
Trial Attorney
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 202-258-7149
Fax: N/A
E-Mail address: andres.alemdarez@usdoj.gov
Attorney Bar #: IL 6292270

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.